**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____ Chapter 11

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Stanton View Development, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Stanton View Homes |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-2570595 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o Alan D. Levenstein, Esq., Res Agent <br> Suite 160 <br> 7850 Walker Drive <br> Greenbelt, MD 20770 <br> Number, Street, City, State & ZIP Code | 1054 31st Street NW #290 <br> Washington, DC 20007 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Prince Georges <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    Stantonview.com

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Stanton View Development, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2361

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    Stanton View Development, LLC                                              Case number (*if known*) _____
          _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name   _____
          Phone          _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  .

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor      Stanton View Development, LLC                                    Case number (*if known*) _____
           Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | Stanton View Development, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 23, 2021
                        MM / DD / YYYY

**X** /s/ Donte Lee                                                    Donte Lee
Signature of authorized representative of debtor          Printed name

Title    Managing Member

---

**18. Signature of attorney**

**X** /s/ Michael G. Wolff                                      Date    March 23, 2021
Signature of attorney for debtor                                    MM / DD / YYYY

Michael G. Wolff 10269
Printed name

Wolff & Orenstein, LLC
Firm name

15245 Shady Grove Road
North Lobby, Suite 465
Rockville, MD 20850
Number, Street, City, State & ZIP Code

Contact phone    301-250-7232          Email address    mwolff@wolawgroup.com

10269 MD
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    Stanton View Development, LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 23, 2021      **X** /s/ Donte Lee
                                               Signature of individual signing on behalf of debtor

                                               Donte Lee
                                               Printed name

                                               Managing Member
                                               Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Stanton View Development, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Atlantic Specialty Insurance Company 1777 Sentry Parkway, West Suite 230 Blue Bell, PA 19422 | | Indemnitor in the event of default on Performance Bond, Demand made 2/26/21 | Disputed | | | $285,288.00 |
| Bank of America PO Box 982238 El Paso, TX 79998-2238 | | Credit Card | | | | $160,433.22 |
| Carter Lumber 7101 Geoffrey Way Frederick, MD 21704 | | | | | | $160,428.58 |
| MEP Partners LLC 7221 Nathan Ct Manassas, VA 20109 | | | | | | $101,660.00 |
| JSC Concrete Construction Inc 8201 Euclid Ct Suite 301 Manassas, VA 20111 | | | | | | $81,633.08 |
| Changs General Construction In 25630 Old Hundred Road Dickerson, MD 20842-9827 | | | Unliquidated Disputed | | | $70,000.00 |
| T&A Contractors Inc. 4512 Sandy Spring Rd Burtonsville, MD 20866 | | | Disputed | | | $69,638.00 |
| Green Landscaping Inc. PO Box 80 Sterling, VA 20167 | | | | | | $61,785.75 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Stanton View Development, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| King Carpentry Inc. 741 Miller Dr SE Suite F-2 Leesburg, VA 20175 | | | | | | $47,329.25 |
| LBC Construction 4529 Old Branch Ave Suitland, MD 20746 | | To be paid from completion of the Flowers Ave MD project | Contingent Unliquidated | | | $43,000.00 |
| Potomac Concrete Co Inc. 11521 Robertson Dr Manassas, VA 20109 | | | | | | $42,119.00 |
| Ultra Siding Contractors LLC 23000 Sycamore Farm Dr Clarksburg, MD 20871 | | Gateview project | Disputed | | | $41,323.70 |
| BK Electric LLC 13897 Willard Rd Suite J Chantilly, VA 20151 | | | | | | $37,572.76 |
| Masonry Design Inc. 10335 Balls Ford Rd Manassas, VA 20109 | | | | | | $36,862.00 |
| KT Enterprises 8040 Industrial Park Ct Bristow, VA 20136 | | | | | | $36,345.91 |
| Dunns Floor Covering Inc. 8260 Preston Stes C & D Jessup, MD 20794 | | | | | | $36,330.00 |
| Exterra Construction, LLC 222 West Main St Sharpsburg, MD 21782 | | | | | | $36,095.00 |
| Drywall Systems, Inc. 12893 Livia Dr Catharpin, VA 20143 | | To be paid from completion of the Flowers Ave MD project | Contingent Unliquidated | | | $35,000.00 |
| Timeline Plumbing 43145 Binkley Circle Leesburg, VA 20176 | | | | | | $34,852.00 |
| D.N.F. Incorporated Suburban Kitchens 4390A Henninger Ct Ashburn, VA 20148 | | | | | | $32,815.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Stanton View Development, LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................    $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $    567,519.62

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $    567,519.62

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    150,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    2,141,972.96

4. **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b      $    2,291,972.96

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Stanton View Development, LLC

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**          **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. Bank of America xx2109 | Checking | 2109 | $1,000.00 |

4.        **Other cash equivalents** *(Identify all)*

5.        **Total of Part 1.**                                                                    $1,000.00
          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**          **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**          **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11.        **Accounts receivable**

| 11a. 90 days old or less: | 10,295.42 | - | 0.00 | = ... | $10,295.42 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor  Stanton View Development, LLC
        _____          Case number *(If known)* _____
        Name

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 542,234.70 | - | 0.00 | =.... | $542,234.70 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 2,661,385.65 | - | 2,661,385.65 | =.... | $0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| |
|---|
| $552,530.12 |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Office chairs, flat desk, corner desk, executive desks, file cabinets | $0.00 | | $4,600.00 |
| 40. | **Office fixtures** Microwave, Refrigerator | $0.00 | | $400.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Shredder, printers, computers, receipts scanner, desktop commercial printing calculator | $0.00 | | $7,176.50 |
| | Office supplies | $0.00 | | $300.00 |

| Debtor | Stanton View Development, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Google TV Device; Linksys phones & sustem | $0.00 | | $1,513.00 |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$13,989.50

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Website | Unknown | | Unknown |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Stanton View Development, LLC                                   Case number *(If known)* _____
_____
Name

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>HDI Global Sepcialty SE (HGS) - Commercial General Liability Policies #sIG06C001952-01, IG06C001952-02, IG06C001952-03 and #s IG06C001952-00, IG06C001952-04, IG06C001952-05, | Unknown |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Stanton View Development, LLC et al. vs. SGA Companies, Inc. et al | Unknown |
|---|---|---|
| | Nature of claim    Civil | |
| | Amount requested                $0.00 | |
| | Stanton View Development, LLC et al. vs. Maddox Engineers And Surveyors, Inc. et al | Unknown |
| | Nature of claim    Civil | |
| | Amount requested                $0.00 | |
| | Stanton View Development, LLC et al. vs. Skarda And Associates, Inc. et al | Unknown |
| | Nature of claim    Civil | |
| | Amount requested                $0.00 | |
| | Stanton View Development, LLC et al. vs. Capitol Development Design, Inc. et al | Unknown |
| | Nature of claim    Civil | |
| | Amount requested                $0.00 | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     Stanton View Development, LLC                                      Case number *(If known)* _____
           Name

Stanton View Development, LLC et al vs. FES Group, LLC                                                      Unknown

| Nature of claim | Civil |
|---|---|
| Amount requested | $0.00 |

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                                                              $0.00

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Stanton View Development, LLC _____    Case number *(If known)* _____
            Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $552,530.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,989.50 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $567,519.62 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $567,519.62 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name _Stanton View Development, LLC_

United States Bankruptcy Court for the: _DISTRICT OF MARYLAND_

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name      Stanton View Development, LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Donte M. Lee<br>14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Unpaid Wages<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $75,000.00 | $13,650.00 |
| **2.2** | Priority creditor's name and mailing address<br>Jerry Vines<br>5211 Princetons Delight<br>Bowie, MD 20720<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>Unpaid Wages<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $75,000.00 | $13,650.00 |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Debtor  **Stanton View Development, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $9,500.00 |

**3.1**

Action Fabricators & Erectors
2305 51st Place
Hyattsville, MD 20781

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $9,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**

Ade Adenariwo
1262 Talbert St
Unit 9A
Washington, DC 20020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  Unknown
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Superior Court of DC 2021 CA 000266 B

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**

AFCO Premium Insurance Finance
PO Box 371889
Pittsburgh, PA 15250-1889

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $28,513.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**

All Pro Installed Bldg Product
107 Juliad Ct
Ste 111
Fredericksburg, VA 22406

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $24,280.00
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  To be paid from the completion of the Flowers Ave MD project

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**

American International Exports
ABW Appliances
8309 B Sherwick Ct
Jessup, MD 20794

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $23,449.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**

American Residential Services
9070 Euclid Ave
Manassas, VA 20110

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $2,288.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No   ☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**

Applied Civil Engineering
9470 Annapolic Rd
Ste 414
Lanham, MD 20706

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  $4,260.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    Stanton View Development, LLC
_____
Name

Case number (if known) _____

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285,288.00 |
|---|---|---|---|

Atlantic Specialty Insurance Company
1777 Sentry Parkway, West
Suite 230
Blue Bell, PA 19422

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** 8/6/2018

**Basis for the claim:** Indemnitor in the event of default on Performance Bond, Demand made 2/26/21

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,604.00 |
|---|---|---|---|

B&K Distributors
PO Box 337
Columbia, MD 21045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,433.22 |
|---|---|---|---|

Bank of America
PO Box 982238
El Paso, TX 79998-2238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 9090

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,166.00 |
|---|---|---|---|

Better Termite & Pest Control
2647 Duke St
Alexandria, VA 22314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,572.76 |
|---|---|---|---|

BK Electric LLC
13897 Willard Rd
Suite J
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,020.00 |
|---|---|---|---|

Boynton & Boynton
21 Cedar Avenue
Fair Haven, NJ 07704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Britney Bennett
1262 Talbert St SE
Unit 5B
Washington, DC 20020

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Superior Court of DC 2021 CA 000266 B

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    Stanton View Development, LLC
_____
Name

Case number (if known) _____

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700.00 |
|---|---|---|---|

Building Performance Solutions
11 Yorktown Ct
Front Royal, VA 22630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,496.85 |
|---|---|---|---|

Burgess Lighting
3601 Forestville Rd
District Heights, MD 20747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,050.00 |
|---|---|---|---|

Canal Square Associates
1054 31st St NW
Suite 1000
Washington, DC 20007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,011.68 |
|---|---|---|---|

Capitol Document Solutions
12115-L Parklawn Dr
Rockville, MD 20852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160,428.58 |
|---|---|---|---|

Carter Lumber
7101 Geoffrey Way
Frederick, MD 21704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

Changs General Construction In
25630 Old Hundred Road
Dickerson, MD 20842-9827

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,820.00 |
|---|---|---|---|

Charles P. Johnson & Assoc Inc
1751 Elton Rd
Suite 300
Silver Spring, MD 20906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Stanton View Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Ciera Johnson<br>1262 Talbert St SE<br>Unit 7B<br>Washington, DC 20020 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _Superior Court of DC 2021 CA 000266 B_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $486.84 |
|---|---|---|---|
| | Comcast<br>PO Box 3005<br>Southeastern, PA 19398-3005 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|
| | Conner Eastern Excavating<br>PO Box 245<br>Davidsonville, MD 21035 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,300.00 |
|---|---|---|---|
| | Construction Support Svcs LLC<br>3005 Washington Blvd<br>Baltimore, MD 21230 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,752.00 |
|---|---|---|---|
| | Creative Touch Interiors<br>Interior Specialist Inc.<br>PO Box 841081<br>Dallas, TX 75284-1081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _0299_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $32,815.00 |
|---|---|---|---|
| | D.N.F. Incorporated<br>Suburban Kitchens<br>4390A Henninger Ct<br>Ashburn, VA 20148 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|
| | Darvish Interiors Inc.<br>44460 Chilum Pl<br>Ashburn, VA 20147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    Stanton View Development, LLC
_____    Case number (if known) _____
          Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Davina Callahan
1262 Talbert St SE
Unit 14A
Washington, DC 20020

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: Superior Court of DC 2021 CA 000266 B

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $278.82 |
|---|---|---|---|

DC Water and Sewer Authority
Customer Service Department
PO Box 97200
Washington, DC 20090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,577.48 |
|---|---|---|---|

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd Ste 1
Wayne, PA 19087-1453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  6601

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Denine Edmonds
1262 Talbert St SE
Unit 10B
Washington, DC 20020

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: Superior Court of DC 2021 CA 000266 B

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,184.00 |
|---|---|---|---|

Dito Decorators Inc.
12215 Livingston Rd
Manassas, VA 20109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146,179.64 |
|---|---|---|---|

Donte M. Lee
14401 Turner Wootton Parkway
Upper Marlboro, MD 20774

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Funds advanced to or on behalf of the LLC

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,160.00 |
|---|---|---|---|

Doug Contruction LLC
7601 Poplar St
Manassas, VA 20111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Stanton View Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Drywall Systems, Inc.<br>12893 Livia Dr<br>Catharpin, VA 20143<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $31,259.34 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Drywall Systems, Inc.<br>12893 Livia Dr<br>Catharpin, VA 20143<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** To be paid from completion of the Flowers Ave MD project<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35,000.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Dulles Geotechnical & Material<br>14155 Sullyfield Cir<br>Suite H<br>Chantilly, VA 20151<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,125.00 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Dunns Floor Covering Inc.<br>8260 Preston Stes C & D<br>Jessup, MD 20794<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $36,330.00 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>E. L. Kellogg Corp<br>4005 Westfax Dr<br>Unit A<br>Chantilly, VA 20151<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,491.25 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>East Coast Poured Floors Inc.<br>10004 Pulaski Hghway<br>Baltimore, MD 21220<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** To be paid from comletion of the Flowers Ave MD project<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,700.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>Epoxy of Virginia Inc.<br>8195-B Euclid Ct<br>Manassas, VA 20111<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $450.00 |

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Stanton View Development, LLC
         _____      Case number (if known)   _____
         Name

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,095.00 |

Exterra Construction, LLC
222 West Main St
Sharpsburg, MD 21782

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,326.08 |

Falcon Heating & Air Condition
42731 Trade West Dr
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $20,000.00 |

Falcon Heating & Air Condition
42731 Trade West Dr
Sterling, VA 20166

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  To be paid from completion of the Flowers Ave MD project

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $437.35 |

Ferguson Enterprises, Inc.
#1300
PO Box 417592
Boston, MA 02241-7592

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,500.00 |

Finley Asphalt & Sealing Inc
7861 David Williams Way
Bristow, VA 20136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $219.00 |

Flood Solutions Inc.
1 Moray Ct
Nottingham, MD 21236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.88 |

Frager's Hardware
1115 Pennsylvania Ave SW
Washington, DC 20003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Stanton View Development, LLC
_____
         Name

Case number (if known) _____

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,785.75 |
|---|---|---|---|

Green Landscaping Inc.
PO Box 80
Sterling, VA 20167

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,850.00 |
|---|---|---|---|

GTB Enterprise Inc.
PO Box 1383
Ashburn, VA 20146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,910.42 |
|---|---|---|---|

Independent Excavating & Land
8201 Euclid Ct
Suite 302
Manassas, VA 20111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

Interior Logic Group
1000 Hampton Park Blvd
Capitol Heights, MD 20743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Jaztina Somerville
1262 Talbert ST SE
Unit 6B
Washington, DC 20020

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Superior Court of DC 2021 CA 000266 B

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,009.00 |
|---|---|---|---|

Jeranco Roofing & Exteriors
15303 Summit Farm Dr
Blue Ridge Summit, PA 17214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,381.63 |
|---|---|---|---|

JP Roll Off Service Inc.
12807 Broadmore Rd
Silver Spring, MD 20904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    Stanton View Development, LLC       Case number (if known) _____

_____
Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,633.08 |
|---|---|---|---|
| | JSC Concrete Construction Inc<br>8201 Euclid Ct<br>Suite 301<br>Manassas, VA 20111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|
| | JVA House Cleaner LLC<br>46754 Aster Terrace<br>Sterling, VA 20164 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,491.00 |
|---|---|---|---|
| | K&M Contracting Inc.<br>1120 International Pkwy<br>S-107<br>Fredericksburg, VA 22406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,968.00 |
|---|---|---|---|
| | Kelly Cove Inc.<br>3110 Mount Vernon Ave<br>Suite 421<br>Alexandria, VA 22305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,329.25 |
|---|---|---|---|
| | King Carpentry Inc.<br>741 Miller Dr SE<br>Suite F-2<br>Leesburg, VA 20175 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,345.91 |
|---|---|---|---|
| | KT Enterprises<br>8040 Industrial Park Ct<br>Bristow, VA 20136 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | LaDonna May<br>1262 Talbert Street SE<br>Unit 5A<br>Washington, DC 20020 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ Superior Court of DC 2021 CA 000266 B | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  Stanton View Development, LLC
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address**<br>LBC Construction<br>4529 Old Branch Ave<br>Suitland, MD 20746<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $1,400.00 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>LBC Construction<br>4529 Old Branch Ave<br>Suitland, MD 20746<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** To be paid from completion of the Flowers Ave MD project<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $43,000.00 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>Livingston Fire Protection<br>5150 Lawrence Place<br>Hyattsville, MD 20781<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 44VW | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $16,000.00 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>Livingston Fire Protection<br>5150 Lawrence Place<br>Hyattsville, MD 20781<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** To be paid from completion of the Flowers Ave MD project<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $5,676.19 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>Long Fence<br>8545 Edgeworth Drive<br>Capitol Heights, MD 20743<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $734.80 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>Maddox Engineers & Surveyors<br>3204 Tower Oaks Blvd<br>Suite 200-A<br>Rockville, MD 20852<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $777.50 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>Mainstreet Mailboxes & More In<br>8758 Virginia Meadows Dr<br>Manassas, VA 20109<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,821.70 |

Debtor   Stanton View Development, LLC
_____   Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| **3.71** | **Nonpriority creditor's name and mailing address**<br>Masonry Design Inc.<br>10335 Balls Ford Rd<br>Manassas, VA 20109 | **As of the petition filing date, the claim is:** *Check all that apply.*      $36,862.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.72** | **Nonpriority creditor's name and mailing address**<br>MEP Partners LLC<br>7221 Nathan Ct<br>Manassas, VA 20109 | **As of the petition filing date, the claim is:** *Check all that apply.*      $101,660.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.73** | **Nonpriority creditor's name and mailing address**<br>Mobile Mini, Inc.<br>PO Box 7144<br>Pasadena, CA 91109-7144 | **As of the petition filing date, the claim is:** *Check all that apply.*      $178.17<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.74** | **Nonpriority creditor's name and mailing address**<br>Moment Engineering & Design<br>8229 Boone Blvd<br>Suite 410<br>Vienna, VA 22182 | **As of the petition filing date, the claim is:** *Check all that apply.*      $2,500.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.75** | **Nonpriority creditor's name and mailing address**<br>Mulford Construction Co Inc.<br>171 Skipjack Rd<br>Prince Frederick, MD 20678 | **As of the petition filing date, the claim is:** *Check all that apply.*      $30,860.77<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address**<br>Muller Erosion Control<br>9460 Hawkins Dr<br>Manassas, VA 20110 | **As of the petition filing date, the claim is:** *Check all that apply.*      $750.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.77** | **Nonpriority creditor's name and mailing address**<br>Paga & Wuil Engineering Consul<br>4825 N Capitol St NE<br>Unit 304<br>Washington, DC 20011 | **As of the petition filing date, the claim is:** *Check all that apply.*      $465.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **Stanton View Development, LLC**                                   Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | $333.77 |

PEPCO
PO Box 13608
Philadelphia, PA 19101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | $85.00 |

Polytech Inc.
14717 Baltimore Ave
Suite F
Laurel, MD 20707

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | $42,119.00 |

Potomac Concrete Co Inc.
11521 Robertson Dr
Manassas, VA 20109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | $4,300.00 |

Powerwash DMV LLC
5327 Larochelte Ct
Alexandria, VA 22315

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | $4,590.00 |

Prince William Garage Doors
12101 Lucasville Rd
Manassas, VA 20112

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | Unknown |

Robin McKinney
1262 Talbert St SE
Unit 15A
Washington, DC 20020

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Superior Court of DC 2021 CA 000266 B_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | $20,887.51 |

S&J Service Inc.
5133 Forlich Lane
Hyattsville, MD 20781

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Stanton View Development, LLC

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address**<br>Sandy Excavating Inc.<br>4230 Ray Dr<br>La Plata, MD 20646<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$3,034.34

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address**<br>Savin Engineers, P.C.<br>3 Campus Dr<br>Pleasantville, NY 10570<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$3,250.00

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address**<br>Select Construction Co., Inc.<br>44632 Guildord Dr<br>Suite 114<br>Ashburn, VA 20147<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$5,675.23

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address**<br>Signature Companies-Stair & Ra<br>PO Box 426<br>Haymarket, VA 20168<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$1,563.97

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>SMI Services LLC<br>17435 Mill Branch Pl<br>Bowie, MD 20716<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$13,020.00

| | | |
|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address**<br>Source One Business Services L<br>6031 University Blvd<br>Suite 300<br>Ellicott City, MD 21043<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>Accountants</u><br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$10,000.00

| | | |
|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address**<br>Stevens Maintenance Inc.<br>15448 Foxvale Way<br>Midlothian, VA 23112<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

$1,395.00

Debtor   Stanton View Development, LLC
_____        Case number (if known)   _____
        Name

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,638.00 |

**3.92** | **Nonpriority creditor's name and mailing address**
T&A Contractors Inc.
4512 Sandy Spring Rd
Burtonsville, MD 20866

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $69,638.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address**
Temp Power Inc.
PO Box 331
Haymarket, VA 20168

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $5,341.86
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address**
Theresa Brooks
1262 Talbert St SE
Unit 20A
Washington, DC 20020

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Superior Court of DC 2021 CA 000266 B

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address**
Thompson HD
1015 15th St NW
Suite 600
Washington, DC 20005

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $594.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address**
Timeline Plumbing
43145 Binkley Circle
Leesburg, VA 20176

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $34,852.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address**
Timeline Plumbing
43145 Binkley Circle
Leesburg, VA 20176

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $25,436.00
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: To be paid from completion of the Flowers Ave MD project

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**
Ultra Siding Contractors LLC
23000 Sycamore Farm Dr
Clarksburg, MD 20871

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $41,323.70
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: Gateview project

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Stanton View Development, LLC**
_____
Name

Case number (if known) _____

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,314.83 |
|---|---|---|---|

United Site Services of MD Inc
PO Box 5502
Binghamton, NY 13902-5502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,354.00 |
|---|---|---|---|

Virginia Marble & Granite Inc.
3933 Avlon Park Ct
B110
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,276.70 |
|---|---|---|---|

WR Sewage & Excavations Inc
1119 Elwin Rd
Fort Washington, MD 20744

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** _Amber Overlook Project_

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | John S. Pucin, Esq.<br>Pucin & Friedland<br>1699 East Woodfield Rd<br>Suite 360A<br>Schaumburg, IL 60173 | Line _3.31_<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | Lucas F. Webster, Esq.<br>Huddles Jones Sorteberg & Dachille<br>10211 Wincopin Circle<br>Suite 200<br>Columbia, MD 21044 | Line _3.101_<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | Matthew J. Dyer, Esq.<br>The Law Offices of Richard M. McGill<br>PO Box 358<br>5303 W. Court Dr<br>Upper Marlboro, MD 20773 | Line _3.98_<br><br>☐ Not listed. Explain ___ | _ |

---

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 150,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,141,972.96 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,291,972.96 |

---

**Fill in this information to identify the case:**

Debtor name    Stanton View Development, LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Indemnity contract for RiverEast of Anacostia, LLC $436,937.71- Performance Bond | |
| State the term remaining | | Atlantic Specialty Insurance Company 1777 Sentry Parkway, West Suite 230 Blue Bell, PA 19422 |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Indemnity contract for Amber Overlook, LLC - $70,000.00 - Performance Bond | |
| State the term remaining | | Atlantic Specialty Insurance Company 1777 Sentry Parkway, West Suite 230 Blue Bell, PA 19422 |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Indemnity contract for WSSC- $18,000.00 - Performance Bond | |
| State the term remaining | | Atlantic Specialty Insurance Company 1777 Sentry Parkway, West Suite 230 Blue Bell, PA 19422 |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Property Lease - Landlord | |
| State the term remaining | 7 months | Canal Square Associates 1054 31st St NW Suite 1000 Washington, DC 20007 |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Stanton View Development, LLC

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Personal guarantee | Dunns Floor Covering Inc. | ☐ D _____<br>■ E/F _3.39_<br>☐ G _____ |
| 2.2 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Personal Guarantee | B&K Distributors | ☐ D _____<br>■ E/F _3.9_<br>☐ G _____ |
| 2.3 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Personal guarantee | Burgess Lighting | ☐ D _____<br>■ E/F _3.16_<br>☐ G _____ |
| 2.4 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Personal guarantee | Carter Lumber | ☐ D _____<br>■ E/F _3.19_<br>☐ G _____ |
| 2.5 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Personal guarantee | Darvish Interiors Inc. | ☐ D _____<br>■ E/F _3.28_<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Stanton View Development, LLC                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Personal guarantee | Ferguson Enterprises,<br>Inc. | ☐ D _____<br>■ E/F ___3.46___<br>☐ G _____ |
| 2.7 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Personal guarantee | Frager's Hardware | ☐ D _____<br>■ E/F ___3.49___<br>☐ G _____ |
| 2.8 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Personal guarantee | Creative Touch<br>Interiors | ☐ D _____<br>■ E/F ___3.26___<br>☐ G _____ |
| 2.9 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Personal guarantee | Signature<br>Companies-Stair & Ra | ☐ D _____<br>■ E/F ___3.88___<br>☐ G _____ |
| 2.10 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Personal guarantee | D.N.F. Incorporated | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.11 | Donte M. Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Indemnitor | Atlantic Specialty<br>Insurance Company | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.12 | Jerry Vines | 5211 Princetons Delight<br>Bowie, MD 20720<br>Personal guarantee | American International<br>Exports | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.13 | Jerry Vines | 5211 Princetons Delight<br>Bowie, MD 20720<br>Personal guarantee | American Residential<br>Services | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Stanton View Development, LLC            Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Jerry Vines | 5211 Princetons Delight<br>Bowie, MD 20720<br>Personal guarantee | Carter Lumber | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.15 | Jerry Vines | 5211 Princetons Delight<br>Bowie, MD 20720<br>Personal guarantee | Dunns Floor Covering Inc. | ☐ D _____<br>■ E/F ___3.39___<br>☐ G _____ |
| 2.16 | Jerry Vines | 5211 Princetons Delight<br>Bowie, MD 20720<br>Personal guarantee | Temp Power Inc. | ☐ D _____<br>■ E/F ___3.93___<br>☐ G _____ |
| 2.17 | Jerry Vines | 5211 Princetons Delight<br>Bowie, MD 20720<br>Indemnitor | Atlantic Specialty Insurance Company | ☐ D _____<br>■ E/F ___3.8___<br>☐ G _____ |
| 2.18 | RiverEast At Anacostia, LLC | 1054 31st St NW<br>Washington, DC 20016 | Ade Adenariwo | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.19 | RiverEast At Anacostia, LLC | 1054 31st St NW<br>Washington, DC 20016 | LaDonna May | ☐ D _____<br>■ E/F ___3.63___<br>☐ G _____ |
| 2.20 | RiverEast At Anacostia, LLC | 1054 31st St NW<br>Washington, DC 20016 | Britney Bennett | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.21 | RiverEast At Anacostia, LLC | 1054 31st St NW<br>Washington, DC 20016 | Theresa Brooks | ☐ D _____<br>■ E/F ___3.94___<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   Stanton View Development, LLC _____   Case number *(if known)* _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | RiverEast At Anacostia, LLC | 1054 31st St NW Washington, DC 20016 | Denine Edmonds | ☐ D _____<br>☑ E/F   3.32<br>☐ G _____ |
| 2.23 | RiverEast At Anacostia, LLC | 1054 31st St NW Washington, DC 20016 | Davina Callahan | ☐ D _____<br>☑ E/F   3.29<br>☐ G _____ |
| 2.24 | RiverEast At Anacostia, LLC | 1054 31st St NW Washington, DC 20016 | Ciera Johnson | ☐ D _____<br>☑ E/F   3.22<br>☐ G _____ |
| 2.25 | RiverEast At Anacostia, LLC | 1054 31st St NW Washington, DC 20016 | Robin McKinney | ☐ D _____<br>☑ E/F   3.83<br>☐ G _____ |
| 2.26 | RiverEast At Anacostia, LLC | 1054 31st St NW Washington, DC 20016 | Jaztina Somerville | ☐ D _____<br>☑ E/F   3.54<br>☐ G _____ |
| 2.27 | RiverEast At Anacostia, LLC | 1054 31st St NW Washington, DC 20016 | Atlantic Specialty Insurance Company | ☐ D _____<br>☑ E/F   3.8<br>☐ G _____ |
| 2.28 | Tamara Lee | 14401 Wootten Turner Parkway Upper Marlboro, MD 20774 Indemnitor | Atlantic Specialty Insurance Company | ☐ D _____<br>☑ E/F   3.8<br>☐ G _____ |
| 2.29 | Donte M. Lee | 14401 Turner Wootton Parkway Upper Marlboro, MD 20774 | Atlantic Specialty Insurance Company | ☐ D _____<br>☐ E/F _____<br>☑ G   2.1 |

Debtor    Stanton View Development, LLC _____    Case number *(if known)* _____

| ■ Additional Page to List More Codebtors |
|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | Jerry Vines | 5211 Princetons Delight<br>Bowie, MD 20720 | Atlantic Specialty<br>Insurance Company | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |
| 2.31 | RiverEast At<br>Anacostia, LLC | 1054 31st St NW<br>Washington, DC 20016 | Atlantic Specialty<br>Insurance Company | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |
| 2.32 | Tamara Lee | 14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774 | Atlantic Specialty<br>Insurance Company | ☐ D _____<br>☐ E/F _____<br>■ G ___2.1___ |

**Fill in this information to identify the case:**

Debtor name     Stanton View Development, LLC

United States Bankruptcy Court for the:     DISTRICT OF MARYLAND

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  1/01/2021 to Filing Date | ■ Operating a business ☐ Other _____ | $102,954.20 |
| For prior year: From  1/01/2020 to 12/31/2020 | ■ Operating a business ☐ Other _____ | $835,466.09 |
| For year before that: From  1/01/2019 to 12/31/2019 | ■ Operating a business ☐ Other _____ | $10,267,096.00 |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Stanton View Development, LLC                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Carter Lumber<br>7101 Geoffrey Way<br>Frederick, MD 21704 | 2/11/2021,<br>2/23/2021 | $16,025.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. King Carpentry Inc.<br>741 Miller Dr SE<br>Suite F-2<br>Leesburg, VA 20175 | 2/14/2021 | $8,672.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. Timeline Plumbing<br>43145 Binkley Circle<br>Leesburg, VA 20176 | 2/11/2021 | $11,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. Asmar, Schor, Mckenna, PLLC<br>5335 Wisconsin Ave NW<br>Suite 400<br>Washington, DC 20015 | 1/2021 | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Legal fees_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Donte M. Lee<br>14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774<br>Managing Member | 6/8/2020,<br>9/22/2020,<br>11/13/2020,<br>11/24/2020 | $13,402.79 | Expense reimbursement |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | Stanton View Development, LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | LaDonna May, et al. V. Stanton View Development, LLC, et al<br>2021 CA 000266 B | Civil | Superior Court of District of Columbia<br>Civil Division<br>500 Indiana Ave NW<br>Washington, DC 20001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Chang's General Construction Inc. vs Stanton View Development, LLC et al<br>2020 CA 000956 B | Civil | Superior Court of District of Columbia<br>Civil Division<br>500 Indiana Ave NW<br>Washington, DC 20001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Stanton View Development, LLC et al vs. SGA Companies, Inc. et al<br>2020 CA 004070 B | Civil | Superior Court of District of Columbia<br>Civil Division<br>500 Indiana Ave NW<br>Washington, DC 20001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Ultra Siding Contractors, LLC vs. Stanton View Development, LLC et al. | Contract | Circuit Court for Pince George's County<br>14735 Main Street<br>Upper Marlboro, MD 20772 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | In the matter of Stanton View Development, LLC | Investigation by the Attorney General for the District of Columbia Office of Consumer Protection | Office of the DC Attorney General<br>441 Fourth Street NW, Suite 600-S<br>Washington, DC 20001 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    Stanton View Development, LLC      Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | National Travel Basketball Assoc<br>c/o Isaiah Daniel<br>6028 Crown Royal Circle<br>Alexandria, VA 22310 | Cash donation | 7/6/2019 | $1,500.00 |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wolff & Orenstein, LLC<br>15245 Shady Grove Road<br>North Lobby, Suite 465<br>Rockville, MD 20850 | Attorney Fees | 2/3/2021<br>(Retainer) | $8,500.00 |
| | **Email or website address**<br>mwolff@wolawgroup.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   Stanton View Development, LLC                                    Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

Name and email address
_____
Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None.

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    Stanton View Development, LLC _____    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Capital Bank<br>1776 I St NW<br>Washington, DC | XXXX-5711 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 11/23/2020 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Stanton View Development, LLC                                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | Source One Business Services L
6031 University Blvd
Suite 300
Ellicott City, MD 21043 | 2012 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | Source One Business Services L
6031 University Blvd
Suite 300
Ellicott City, MD 21043 | Annual Basis |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Source One Business Services L
6031 University Blvd
Suite 300
Ellicott City, MD 21043 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | Stanton View Development, LLC | Case number *(if known)* |
|---|---|---|

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donte M. Lee | 14401 Turner Wootton Parkway Upper Marlboro, MD 20774 | Managing Member | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jerry Vines | 5211 Princetons Delight Bowie, MD 20720 | Member | 50 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Donte M. Lee 14401 Turner Wootton Parkway Upper Marlboro, MD 20774 | $28,000 | 4/1/2020, 5/1/2020, 6/1/2020, 7/9/2020 | Salary |
| | **Relationship to debtor** Managing Member | | | |
| 30.2. | Jerry Vines 5211 Princetons Delight Bowie, MD 20720 | $28,000 | 4/1/2020, 5/1/2020, 6/1/2020, 7/9/2020 | Salary |
| | **Relationship to debtor** Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Stanton View Development, LLC                                    Case number *(if known)* _____

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 23, 2021
                 _____

/s/ Donte Lee                                    Donte Lee
_____              _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Managing Member
                                      _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Maryland

In re    Stanton View Development, LLC             Case No. _____

                                           Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Donte M. Lee<br>14401 Turner Wootton Parkway<br>Upper Marlboro, MD 20774 | | 50% | Membership Interest |
| Jerry Vines<br>5211 Princetons Delight<br>Bowie, MD 20720 | | 50% | Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    March 23, 2021                      Signature    /s/ Donte Lee _____

                                                                    Donte Lee

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Maryland

In re    Stanton View Development, LLC                   Case No. _____

                                     Debtor(s)         Chapter    11 _____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    March 23, 2021 _____          /s/ Donte Lee _____

                                            Donte Lee/Managing Member
                                            Signer/Title

Action Fabricators & Erectors
2305 51st Place
Hyattsville, MD 20781


Ade Adenariwo
1262 Talbert St
Unit 9A
Washington, DC 20020


AFCO Premium Insurance Finance
PO Box 371889
Pittsburgh, PA 15250-1889


All Pro Installed Bldg Product
107 Juliad Ct
Ste 111
Fredericksburg, VA 22406


American International Exports
ABW Appliances
8309 B Sherwick Ct
Jessup, MD 20794


American Residential Services
9070 Euclid Ave
Manassas, VA 20110


Applied Civil Engineering
9470 Annapolic Rd
Ste 414
Lanham, MD 20706


Atlantic Specialty Insurance Company
1777 Sentry Parkway, West
Suite 230
Blue Bell, PA 19422

B&K Distributors
PO Box 337
Columbia, MD 21045


Bank of America
PO Box 982238
El Paso, TX 79998-2238


Better Termite & Pest Control
2647 Duke St
Alexandria, VA 22314


BK Electric LLC
13897 Willard Rd
Suite J
Chantilly, VA 20151


Boynton & Boynton
21 Cedar Avenue
Fair Haven, NJ 07704


Britney Bennett
1262 Talbert St SE
Unit 5B
Washington, DC 20020


Building Performance Solutions
11 Yorktown Ct
Front Royal, VA 22630


Burgess Lighting
3601 Forestville Rd
District Heights, MD 20747


Canal Square Associates
1054 31st St NW
Suite 1000
Washington, DC 20007

Capitol Document Solutions
12115-L Parklawn Dr
Rockville, MD 20852


Carter Lumber
7101 Geoffrey Way
Frederick, MD 21704


Changs General Construction In
25630 Old Hundred Road
Dickerson, MD 20842-9827


Charles P. Johnson & Assoc Inc
1751 Elton Rd
Suite 300
Silver Spring, MD 20906


Ciera Johnson
1262 Talbert St SE
Unit 7B
Washington, DC 20020


Comcast
PO Box 3005
Southeastern, PA 19398-3005


Conner Eastern Excavating
PO Box 245
Davidsonville, MD 21035


Construction Support Svcs LLC
3005 Washington Blvd
Baltimore, MD 21230


Creative Touch Interiors
Interior Specialist Inc.
PO Box 841081
Dallas, TX 75284-1081

D.N.F. Incorporated
Suburban Kitchens
4390A Henninger Ct
Ashburn, VA 20148


Darvish Interiors Inc.
44460 Chilum Pl
Ashburn, VA 20147


Davina Callahan
1262 Talbert St SE
Unit 14A
Washington, DC 20020


DC Water and Sewer Authority
Customer Service Department
PO Box 97200
Washington, DC 20090


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd Ste 1
Wayne, PA 19087-1453


Denine Edmonds
1262 Talbert St SE
Unit 10B
Washington, DC 20020


Dito Decorators Inc.
12215 Livingston Rd
Manassas, VA 20109


Donte M. Lee
14401 Turner Wootton Parkway
Upper Marlboro, MD 20774


Doug Contruction LLC
7601 Poplar St
Manassas, VA 20111

Drywall Systems, Inc.
12893 Livia Dr
Catharpin, VA 20143


Dulles Geotechnical & Material
14155 Sullyfield Cir
Suite H
Chantilly, VA 20151


Dunns Floor Covering Inc.
8260 Preston Stes C & D
Jessup, MD 20794


E. L. Kellogg Corp
4005 Westfax Dr
Unit A
Chantilly, VA 20151


East Coast Poured Floors Inc.
10004 Pulaski Hghway
Baltimore, MD 21220


Epoxy of Virginia Inc.
8195-B Euclid Ct
Manassas, VA 20111


Exterra Construction, LLC
222 West Main St
Sharpsburg, MD 21782


Falcon Heating & Air Condition
42731 Trade West Dr
Sterling, VA 20166


Ferguson Enterprises, Inc.
#1300
PO Box 417592
Boston, MA 02241-7592

Finley Asphalt & Sealing Inc
7861 David Williams Way
Bristow, VA 20136


Flood Solutions Inc.
1 Moray Ct
Nottingham, MD 21236


Frager's Hardware
1115 Pennsylvania Ave SW
Washington, DC 20003


Green Landscaping Inc.
PO Box 80
Sterling, VA 20167


GTB Enterprise Inc.
PO Box 1383
Ashburn, VA 20146


Independent Excavating & Land
8201 Euclid Ct
Suite 302
Manassas, VA 20111


Interior Logic Group
1000 Hampton Park Blvd
Capitol Heights, MD 20743


Jaztina Somerville
1262 Talbert ST SE
Unit 6B
Washington, DC 20020


Jeranco Roofing & Exteriors
15303 Summit Farm Dr
Blue Ridge Summit, PA 17214

Jerry Vines
5211 Princetons Delight
Bowie, MD 20720


John S. Pucin, Esq.
Pucin & Friedland
1699 East Woodfield Rd
Suite 360A
Schaumburg, IL 60173


JP Roll Off Service Inc.
12807 Broadmore Rd
Silver Spring, MD 20904


JSC Concrete Construction Inc
8201 Euclid Ct
Suite 301
Manassas, VA 20111


JVA House Cleaner LLC
46754 Aster Terrace
Sterling, VA 20164


K&M Contracting Inc.
1120 International Pkwy
S-107
Fredericksburg, VA 22406


Kelly Cove Inc.
3110 Mount Vernon Ave
Suite 421
Alexandria, VA 22305


King Carpentry Inc.
741 Miller Dr SE
Suite F-2
Leesburg, VA 20175

KT Enterprises
8040 Industrial Park Ct
Bristow, VA 20136


LaDonna May
1262 Talbert Street SE
Unit 5A
Washington, DC 20020


LBC Construction
4529 Old Branch Ave
Suitland, MD 20746


Livingston Fire Protection
5150 Lawrence Place
Hyattsville, MD 20781


Long Fence
8545 Edgeworth Drive
Capitol Heights, MD 20743


Lucas F. Webster, Esq.
Huddles Jones Sorteberg & Dachille
10211 Wincopin Circle
Suite 200
Columbia, MD 21044


Maddox Engineers & Surveyors
3204 Tower Oaks Blvd
Suite 200-A
Rockville, MD 20852


Mainstreet Mailboxes & More In
8758 Virginia Meadows Dr
Manassas, VA 20109


Masonry Design Inc.
10335 Balls Ford Rd
Manassas, VA 20109

Matthew J. Dyer, Esq.
The Law Offices of Richard M. McGill
PO Box 358
5303 W. Court Dr
Upper Marlboro, MD 20773


MEP Partners LLC
7221 Nathan Ct
Manassas, VA 20109


Mobile Mini, Inc.
PO Box 7144
Pasadena, CA 91109-7144


Moment Engineering & Design
8229 Boone Blvd
Suite 410
Vienna, VA 22182


Mulford Construction Co Inc.
171 Skipjack Rd
Prince Frederick, MD 20678


Muller Erosion Control
9460 Hawkins Dr
Manassas, VA 20110


Paga & Wuil Engineering Consul
4825 N Capitol St NE
Unit 304
Washington, DC 20011


PEPCO
PO Box 13608
Philadelphia, PA 19101

Polytech Inc.
14717 Baltimore Ave
Suite F
Laurel, MD 20707


Potomac Concrete Co Inc.
11521 Robertson Dr
Manassas, VA 20109


Powerwash DMV LLC
5327 Larochelte Ct
Alexandria, VA 22315


Prince William Garage Doors
12101 Lucasville Rd
Manassas, VA 20112


RiverEast At Anacostia, LLC
1054 31st St NW
Washington, DC 20016


Robin McKinney
1262 Talbert St SE
Unit 15A
Washington, DC 20020


S&J Service Inc.
5133 Forlich Lane
Hyattsville, MD 20781


Sandy Excavating Inc.
4230 Ray Dr
La Plata, MD 20646


Savin Engineers, P.C.
3 Campus Dr
Pleasantville, NY 10570

Select Construction Co., Inc.
44632 Guildord Dr
Suite 114
Ashburn, VA 20147


Signature Companies-Stair & Ra
PO Box 426
Haymarket, VA 20168


SMI Services LLC
17435 Mill Branch Pl
Bowie, MD 20716


Source One Business Services L
6031 University Blvd
Suite 300
Ellicott City, MD 21043


Stevens Maintenance Inc.
15448 Foxvale Way
Midlothian, VA 23112


T&A Contractors Inc.
4512 Sandy Spring Rd
Burtonsville, MD 20866


Tamara Lee
14401 Wootten Turner Parkway
Upper Marlboro, MD 20774


Tamara Lee
14401 Turner Wootton Parkway
Upper Marlboro, MD 20774


Temp Power Inc.
PO Box 331
Haymarket, VA 20168

Theresa Brooks
1262 Talbert St SE
Unit 20A
Washington, DC 20020


Thompson HD
1015 15th St NW
Suite 600
Washington, DC 20005


Timeline Plumbing
43145 Binkley Circle
Leesburg, VA 20176


Ultra Siding Contractors LLC
23000 Sycamore Farm Dr
Clarksburg, MD 20871


United Site Services of MD Inc
PO Box 5502
Binghamton, NY 13902-5502


Virginia Marble & Granite Inc.
3933 Avlon Park Ct
B110
Chantilly, VA 20151


WR Sewage & Excavations Inc
1119 Elwin Rd
Fort Washington, MD 20744

# United States Bankruptcy Court
## District of Maryland

In re  Stanton View Development, LLC

Debtor(s)

Case No.

Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Stanton View Development, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 23, 2021

Date

/s/ Michael G. Wolff

Michael G. Wolff 10269

Signature of Attorney or Litigant
Counsel for   Stanton View Development, LLC

Wolff & Orenstein, LLC

15245 Shady Grove Road
North Lobby, Suite 465
Rockville, MD 20850
301-250-7232 Fax:301-816-0592
mwolff@wolawgroup.com