| Form **7004** (Rev. December 2018) Department of the Treasury Internal Revenue Service | **Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns** ▶ File a separate application for each return. ▶ Go to *www.irs.gov/Form7004* for instructions and the latest information. | OMB No. 1545-0233 |
|---|---|---|

| **Print or Type** | Name: **STANTON VIEW DEVELOPMENT, LLC** | Identifying number: **0595** |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) **1054 31ST STREET NW SUITE 290** | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) **WASHINGTON       DC 20007** | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

1  Enter the form code for the return listed below that this application is for ................................ **09**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II   All Filers Must Complete This Part**

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here ................................................................................ ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here ................................................................................ ▶ ☐
   If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ..... ▶ ☐

5a  The application is for calendar year 20 **19** , or tax year beginning _____ , and ending _____ .

  b  **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return   ☐ Final return
     ☐ Change in accounting period   ☐ Consolidated return to be filed   ☐ Other (See instructions–attach explanation.)

| 6 | **Tentative total tax** | 6 | 0 |
|---|---|---|---|
| 7 | **Total** payments and credits. See instructions | 7 | |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions | 8 | 0 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.                    Form **7004** (Rev. 12-2018)

DAA

| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2019, or tax year beginning ____, ending ____<br>▶ Go to *www.irs.gov/Form1065* for instructions and the latest information. | **2019** |

| A Principal business activity<br>**CONSTRUCTION** | Name of partnership<br>**STANTON VIEW DEVELOPMENT, LLC** | D Employer identification number<br>**▓▓-▓▓▓0595** |
|---|---|---|
| B Principal product or service<br>**RESIDENTIAL** | Type or Print | Number, street, and room or suite no. If a P.O. box, see the instructions.<br>**1054 31ST STREET NW SUITE 290** | E Date business started<br>**05/01/2008** |
| C Business code number<br>**236110** | | City or town, state or province, country, and ZIP or foreign postal code<br>**WASHINGTON     DC 20007** | F Total assets (see instructions)<br>$ **2,826,617** |

G Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
H Check accounting method: (1) ☐ Cash  (2) ☐ Accrual  (3) ☒ Other (specify) ▶ **COMPLETED CONTR**
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ **2**
J Check if Schedules C and M-3 are attached ▶ ☐
K Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income
| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | 1a | 10,267,096 |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 10,267,096 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 8,358,691 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,908,405 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 1,908,405 |

### Deductions (see instructions for limitations)
| | | | |
|---|---|---|---:|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 908,780 |
| 10 | Guaranteed payments to partners | 10 | 144,000 |
| 11 | Repairs and maintenance | 11 | 1,343 |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | 72,144 |
| 14 | Taxes and licenses | 14 | 3,025 |
| 15 | Interest (see instructions) | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | 16c | |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | 35,000 |
| 20 | Other deductions (attach statement) **SEE STATEMENT 1** | 20 | 200,934 |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 1,365,226 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | 543,179 |

### Tax and Payment
| | | | |
|---|---|---|---:|
| 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 23 | |
| 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | 24 | |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| 26 | Other taxes (see instructions) | 26 | |
| 27 | **Total balance due.** Add lines 23 through 26 | 27 | |
| 28 | Payment (see instructions) | 28 | |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | 29 | |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member ▶ ____  Date ____

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes  ☐ No

| Paid Preparer Use Only | | | |
|---|---|---|---|
| Print/Type preparer's name: **LAWRENCE REGAN** | Preparer's signature: **LAWRENCE REGAN** | Date: **09/15/20** | Check ☐ if self-employed  PTIN: **P00770193** |
| Firm's name ▶ **SOURCE ONE BUSINESS SERVICES, LLC** | | | Firm's EIN ▶ **20-1672576** |
| Firm's address ▶ **6031 UNIVERSITY BLVD STE 300  ELLICOTT CITY, MD   21043-6151** | | | Phone no. **410-750-1720** |

For Paperwork Reduction Act Notice, see separate instructions.   Form **1065** (2019)
DAA

Form 1065 (2019)  STANTON VIEW DEVELOPMENT, LLC                0595                          Page **2**

### Schedule B — Other Information

| | | Yes | No |
|---|---|:-:|:-:|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership  **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company  **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership  **f** ☐ Other ▶ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|:-:|:-:|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|:-:|:-:|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

Form **1065** (2019)

DAA

Form 1065 (2019)   STANTON VIEW DEVELOPMENT, LLC           0595          Page 3

| Schedule B | Other Information *(continued)* | | |
|---|---|---|---|
| | | Yes | No |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ 0 | | |
| 16a | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 17 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ 0 | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions. If "Yes," enter the total amount of the disallowed deductions ▶ $ | | X |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ If "No," complete Designation of Partnership Representative below. | | X |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ DONTE LEE

U.S. address of PR ▶ 14401 TURNER WOOTTON PARKWAY
UPPER MARLBORO    MD 20774

U.S. phone number of PR ▶ 410-750-1720

If the PR is an entity, name of the designated individual for the PR ▶

U.S. address of designated individual ▶

U.S. phone number of designated individual ▶

| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | X |
|---|---|---|---|
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ 0 | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | |

Form **1065** (2019)

DAA

Form 1065 (2019) STANTON VIEW DEVELOPMENT, LLC  0595  Page **4**

### Schedule K — Partners' Distributive Share Items

| | | Total amount |
|---|---|---:|
| **Income (Loss)** | | |
| 1 | Ordinary business income (loss) (page 1, line 22) | 543,179 |
| 2 | Net rental real estate income (loss) (attach Form 8825) | |
| 3a | Other gross rental income (loss) | |
| b | Expenses from other rental activities (attach statement) | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | |
| 4 | Guaranteed payments: a Services  4a  144,000   b Capital  4b | |
| c | Total. Add lines 4a and 4b (4c) | 144,000 |
| 5 | Interest income | 17 |
| 6 | Dividends and dividend equivalents: a Ordinary dividends | |
| | b Qualified dividends   c Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| b | Collectibles (28%) gain (loss) | |
| c | Unrecaptured section 1250 gain (attach statement) | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | |
| 11 | Other income (loss) (see instructions) Type ▶ | |
| **Deductions** | | |
| 12 | Section 179 deduction (attach Form 4562) | |
| 13a | Contributions    SEE STATEMENT 2 | 6,500 |
| b | Investment interest expense | |
| c | Section 59(e)(2) expenditures (1) Type ▶     (2) Amount ▶ | |
| d | Other deductions (see instructions) Type ▶ | |
| **Self-Employment** | | |
| 14a | Net earnings (loss) from self-employment | 687,179 |
| b | Gross farming or fishing income | |
| c | Gross nonfarm income | 1,908,405 |
| **Credits** | | |
| 15a | Low-income housing credit (section 42(j)(5)) | |
| b | Low-income housing credit (other) | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | |
| d | Other rental real estate credits (see instructions)  Type ▶ | |
| e | Other rental credits (see instructions)  Type ▶ | |
| f | Other credits (see instructions)  Type ▶ | |
| **Foreign Transactions** | | |
| 16a | Name of country or U.S. possession ▶ | |
| b | Gross income from all sources | |
| c | Gross income sourced at partner level | |
| | Foreign gross income sourced at partnership level | |
| d | Reserved for future use ▶     e Foreign branch category ▶ | |
| f | Passive category ▶    g General category ▶    h Other ▶ | |
| | Deductions allocated and apportioned at partner level | |
| i | Interest expense ▶    j Other ▶ | |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| k | Reserved for future use ▶    l Foreign branch category ▶ | |
| m | Passive category ▶    n General category ▶    o Other ▶ | |
| p | Total foreign taxes (check one): ▶Paid ☐  Accrued ☐ | |
| q | Reduction in taxes available for credit (attach statement) | |
| r | Other foreign tax information (attach statement) | |
| **Alternative Minimum Tax (AMT) Items** | | |
| 17a | Post-1986 depreciation adjustment | |
| b | Adjusted gain or loss | |
| c | Depletion (other than oil and gas) | |
| d | Oil, gas, and geothermal properties – gross income | |
| e | Oil, gas, and geothermal properties – deductions | |
| f | Other AMT items (attach statement) | |
| **Other Information** | | |
| 18a | Tax-exempt interest income | |
| b | Other tax-exempt income | |
| c | Nondeductible expenses    SEE STATEMENT 3 | 11 |
| 19a | Distributions of cash and marketable securities | 28,000 |
| b | Distributions of other property | |
| 20a | Investment income | 17 |
| b | Investment expenses | |
| c | Other items and amounts (attach statement)   SEE STATEMENT 4 | |

DAA                                                    Form **1065** (2019)

**Analysis of Net Income (Loss)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | | 680,696 |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | 680,696 | | | | |

**Schedule L — Balance Sheets per Books**

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 575,662 | | 398,397 |
| 2a | Trade notes and accounts receivable | 1,120,841 | | 1,302,424 | |
| b | Less allowance for bad debts | | 1,120,841 | | 1,302,424 |
| 3 | Inventories | | 444,693 | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) SEE STMT 5 | | 6,908 | | 7,122 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 8,526 | | 8,526 | |
| b | Less accumulated depreciation | 8,526 | 0 | 8,526 | 0 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 13 | Other assets (attach statement) SEE STMT 6 | | 1,286,174 | | 1,118,674 |
| 14 | Total assets | | 3,434,278 | | 2,826,617 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 947,801 | | 1,182,241 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 99,182 | | 0 |
| 17 | Other current liabilities (attach statement) SEE STMT 7 | | 2,681,114 | | 1,429,510 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -293,819 | | 214,866 |
| 22 | Total liabilities and capital | | 3,434,278 | | 2,826,617 |

**Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return**

Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 536,685 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | | a Tax-exempt interest $ | | |
| 3 | Guaranteed payments (other than health insurance) | 144,000 | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | | a Depreciation $ | | |
| a | Depreciation $ | | | | | |
| b | Travel and entertainment $ | 11 | | | | |
| | | | 8 | Add lines 6 and 7 | | |
| | | 11 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | 680,696 |
| 5 | Add lines 1 through 4 | 680,696 | | | | |

**Schedule M-2 — Analysis of Partners' Capital Accounts**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -293,819 | 6 | Distributions: a Cash | | 28,000 |
| 2 | Capital contributed: a Cash | | | b Property | | |
| | b Property | | 7 | Other decreases (itemize): | | |
| 3 | Net income (loss) per books | 536,685 | | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | | 28,000 |
| 5 | Add lines 1 through 4 | 242,866 | 9 | Balance at end of year. Subtract line 8 from line 5 | | 214,866 |

DAA                                                                                             Form **1065** (2019)

| Form **1125-A** (Rev. November 2018) Department of the Treasury Internal Revenue Service | **Cost of Goods Sold** ▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065. ▶ Go to *www.irs.gov/Form1125A* for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| STANTON VIEW DEVELOPMENT, LLC | ▆▆▆▆▆0595 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 444,693 |
| 2 | Purchases | 2 | 7,426,960 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)    SEE STATEMENT 8 | 5 | 487,038 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 8,358,691 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 8,358,691 |

**9a** Check all methods used for valuing closing inventory:
  (i) ☐ Cost
  (ii) ☒ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation.) ▶
**b** Check if there was a writedown of subnormal goods ▶ ☐
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d |
**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions   ☐ Yes   ☒ No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation   ☐ Yes   ☐ No

For Paperwork Reduction Act Notice, see instructions.     Form **1125-A** (Rev. 11-2018)

DAA

PARTNER# 1

651119
Final K-1 ☐   Amended K-1 ☐
OMB No. 1545-0123

# Schedule K-1
## (Form 1065)
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year
beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 271,590 | 15 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions | |
| 4a | Guaranteed payments for services | 72,000 | | | |
| 4b | Guaranteed payments for capital | | | | |
| 4c | Total guaranteed payments | 72,000 | | | |
| 5 | Interest income | 9 | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 17 | Alternative minimum tax (AMT) items | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | 18 | Tax-exempt income and nondeductible expenses | |
| 9a | Net long-term capital gain (loss) | | C* | | 6 |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | 19 | Distributions | |
| 11 | Other income (loss) | | A | | 14,000 |
| 12 | Section 179 deduction | | 20 | Other information | |
| 13 | Other deductions  A | 3,250 | A | | 9 |
| | | | Z* | | STMT |
| | | | AH* | | STMT |
| 14 | Self-employment earnings (loss) A | 343,590 | | | |
| | C | 954,203 | | | |
| 21 | More than one activity for at-risk purposes* | | | | |
| 22 | More than one activity for passive activity purposes* | | | | |

*See attached statement for additional information.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
_____0595

**B** Partnership's name, address, city, state, and ZIP code
STANTON VIEW DEVELOPMENT, LLC
1054 31ST STREET NW SUITE 290
WASHINGTON          DC 20007

**C** IRS Center where partnership filed return ▶ E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instr.)
_____

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
DONTE M LEE
14401 TURNER WOOTTON PARKWAY
UPPER MARLBORO    MD 20774

**G** ☒ General partner or LLC member-manager ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.000000% | 50.000000% |
| Loss | 50.000000% | 50.000000% |
| Capital | 50.000000% | 50.000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 49,591 | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** STMT  Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ -182,578 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 268,343 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $ ( 14,000) |
| **Ending capital account** | $ 71,765 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........ $ _____
Ending ........... $ _____

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2019
DAA

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

# Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

## 2019
For calendar year 2019, or tax year

beginning _____  ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

## Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 271,589 | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | 72,000 | | |
| 4b | Guaranteed payments for capital | | | |
| 4c | Total guaranteed payments | 72,000 | | |
| 5 | Interest income | 8 | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | 17 | Alternative minimum tax (AMT) items |
| 6c | Dividend equivalents | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 9a | Net long-term capital gain (loss) | | C* | 5 |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 19 | Distributions |
| 11 | Other income (loss) | | A | 14,000 |
| 12 | Section 179 deduction | | 20 | Other information |
| 13 | Other deductions | | A | 8 |
| | A  3,250 | | Z* | STMT |
| | | | AH* | STMT |
| 14 | Self-employment earnings (loss) | | | |
| | A  343,589 | | | |
| | C  954,202 | | | |
| 21 | ☐ More than one activity for at-risk purposes* | | | |
| 22 | ☐ More than one activity for passive activity purposes* | | | |

*See attached statement for additional information.

## Part I  Information About the Partnership

**A** Partnership's employer identification number
XX-XXX0595

**B** Partnership's name, address, city, state, and ZIP code
STANTON VIEW DEVELOPMENT, LLC
1054 31ST STREET NW SUITE 290
WASHINGTON                    DC 20007

**C** IRS Center where partnership filed return ▶ E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instr.)

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
JERRY VINES
5211 PRINCETONS DELIGHT
BOWIE                    MD 20720

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____
Name _____

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 50.000000% | 50.000000% |
| Loss | 50.000000% | 50.000000% |
| Capital | 50.000000% | 50.000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 49,591 | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** STMT  Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account | $ -111,241 |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 268,342 |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $ ( 14,000 ) |
| Ending capital account | $ 143,101 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ......... $ _____
Ending ............ $ _____

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2019
DAA

| SCHEDULE B-1<br>(Form 1065)<br>(Rev. August 2019)<br>Department of the Treasury<br>Internal Revenue Service | Information on Partners Owning 50% or More of the Partnership<br>▶ Attach to Form 1065.<br>▶ Go to *www.irs.gov/Form1065* for the latest information. | OMB No. 1545-0123 |
|---|---|---|
| **Name of partnership**<br>STANTON VIEW DEVELOPMENT, LLC | | **Employer identification number (EIN)**<br>█████0595 |

**Part I**  **Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Part II**  **Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| DONTE M LEE | ███████ | UNITED STATES | 50.000000 |
| JERRY VINES | ███████ | UNITED STATES | 50.000000 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.                 Schedule B-1 (Form 1065) (Rev. 8-2019)

DAA

| Schedule **K** | **Section 199A Information Worksheet**<br>For calendar year 2019 or tax year beginning              , ending | **2019** |
|---|---|---|

**Partnership Name**: STANTON VIEW DEVELOPMENT, LLC

**Employer Identification Number**: ███0595

|  | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | FORM 1065, PAGE 1 | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

|  | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | 543,179 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Charitable contributions | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 908,780 | | | | |
| **Qualified property** | 8,526 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |

**Section 199A REIT dividends**

PAGE 1 OF 1

| PARTNER# 1 | | |
|---|---|---|
| Schedule **K-1** | **Partner's Section 199A Information Worksheet**<br>For calendar year 2019 or tax year beginning              , ending | **2019** |

| Partnership Name | Employer Identification Number |
|---|---|
| STANTON VIEW DEVELOPMENT, LLC | ███████0595 |
| Partner's Name | Taxpayer Identification Number |
| DONTE M LEE | ███████████ |

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | FORM 1065, PAGE 1 | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | 271,590 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Charitable contributions | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 454,390 | | | | |
| **Qualified property** | 4,263 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |

**Section 199A REIT dividends**

PAGE 1 OF 1

| PARTNER# 2 | | |
|---|---|---|
| Schedule **K-1** | **Partner's Section 199A Information Worksheet** <br> For calendar year 2019 or tax year beginning          , ending | **2019** |

| Partnership Name | Employer Identification Number |
|---|---|
| STANTON VIEW DEVELOPMENT, LLC | ████████0595 |
| Partner's Name | Taxpayer Identification Number |
| JERRY VINES | ████████ |

### Schedule K-1, Box 20, Code Z - Section 199A Information

| | Activity Description | Pass-through Entity EIN | Aggr. Number | SSTB | PTP |
|---|---|---|---|---|---|
| Column A | FORM 1065, PAGE 1 | | | | |
| Column B | | | | | |
| Column C | | | | | |
| Column D | | | | | |
| Column E | | | | | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| **QBI or Qualified PTP items:** | | | | | |
| Ordinary business income (loss) | 271,589 | | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| Section 1231 gain (loss) | | | | | |
| Other income (loss) | | | | | |
| Section 179 deduction | | | | | |
| Charitable contributions | | | | | |
| Other deductions | | | | | |
| **W-2 wages** | 454,390 | | | | |
| **Qualified property** | 4,263 | | | | |
| | | | | | |
| **Other Information:** | | | | | |
| QBI alloc to co-op pmts received | | | | | |
| W-2 wages alloc to qualified pmts | | | | | |
| Section 199A(g) deduction | | | | | |

**Section 199A REIT dividends**

**PAGE 1 OF 1**

### Statement 1 - Form 1065, Page 1, Line 20 - Other Deductions

| Description | Amount |
|---|---:|
| CONSULTING | $ 6,000 |
| TRAVEL | 623 |
| INSURANCE | 72,149 |
| UTILITIES AND TELEPHONE | 18,129 |
| LEGAL AND ACCOUNTING | 29,120 |
| OFFICE SUPPLIES | 74,436 |
| BANK CHARGES | 465 |
| MEALS (50%) | 12 |
| TOTAL | $ 200,934 |

1

**Federal Statements**

0595

## Statement 2 - Form 1065, Schedule K, Line 13a - Contributions

| Description | 100% | 60% | 50% | 30% | 20% | Total |
|---|---|---|---|---|---|---|
| CHARITABLE CONTRIBUTION | $ | $ 6,500 | $ | $ | $ | $ 6,500 |
| TOTAL | $ 0 | $ 6,500 | $ 0 | $ 0 | $ 0 | $ 6,500 |

2

**Federal Statements**

### Statement 3 - Form 1065, Schedule K, Line 18c - Nondeductible Expenses

| Description | Amount |
|---|---:|
| NONDEDUCTIBLE MEALS | $ 11 |
| TOTAL | $ 11 |

### Statement 4 - Form 1065, Schedule K, Line 20c - Other Items and Amounts

| Description | Amount |
|---|---:|
| SEE ATTACHED SECTION 199A INFORMATION WORKSHEET | $ |

### Statement 5 - Form 1065, Schedule L, Line 6 - Other Current Assets

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| OTHER CURRENT ASSETS | $ 6,908 | $ 7,122 |
| TOTAL | $ 6,908 | $ 7,122 |

### Statement 6 - Form 1065, Schedule L, Line 13 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| DEPOSITS | $ 16,395 | $ 11,395 |
| LOANS RECEIVABLE - AFFILIATE | 171,000 | 0 |
| LOAN RECEIVABLE | 1,098,779 | 1,107,279 |
| TOTAL | $ 1,286,174 | $ 1,118,674 |

### Statement 7 - Form 1065, Schedule L, Line 17 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---:|---:|
| BILLINGS IN EXCESS OF WIP | $ 2,418,190 | $ 1,420,626 |
| LOANS FROM RELATED PARTY | 262,924 | 8,884 |
| TOTAL | $ 2,681,114 | $ 1,429,510 |

**Statement 8 - Form 1125-A, Line 5 - Other Costs**

| Description | Amount |
|---|---|
| OTHER DIRECT COSTS | $ 487,038 |
| TOTAL | $ 487,038 |

8

### Schedule K-1, Item L - Partner's Capital Account Analysis

| Description |
|---|
| CAPITAL ACCOUNT ACCOUNTING METHOD: TAX BASIS |

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|---|---|---|
| C | NONDEDUCTIBLE MEALS | $ 6 |

### Schedule K-1, Line 20AH - Additional Supplemental Information

| Description | |
|---|---|
| 8990 GROSS RECEIPTS FOR 2018 | 3,828,887 |
| 8990 GROSS RECEIPTS FOR 2017 | 6,522,154 |
| 8990 GROSS RECEIPTS FOR 2016 | 2,887,014 |
| BUSINESS INTEREST EXPENSE LIMITATION INFORMATION: ADJUSTED TAXABLE INCOME | 340,348 |

### Schedule K-1, Item L - Partner's Capital Account Analysis

| Description |
|---|
| CAPITAL ACCOUNT ACCOUNTING METHOD: TAX BASIS |

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|---|---|---|
| C | NONDEDUCTIBLE MEALS | $ 5 |

### Schedule K-1, Line 20AH - Additional Supplemental Information

| Description | |
|---|---|
| 8990 GROSS RECEIPTS FOR 2018 | 3,828,886 |
| 8990 GROSS RECEIPTS FOR 2017 | 6,522,154 |
| 8990 GROSS RECEIPTS FOR 2016 | 2,887,013 |
| BUSINESS INTEREST EXPENSE LIMITATION INFORMATION: ADJUSTED TAXABLE INCOME | 340,347 |

Year Ending: December 31, 2019                                                                                                          0595

Stanton View Development, LLC
1054 31st Street NW Suite 290
WASHINGTON, DC  20007

## Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Under Regulation 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis safe harbor election to all qualifying property placed in service during the tax year.