UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re: §
§
Stanton View Development, LLC § Case No. 21-11810
§
Debtor §

CHAPTER 11 SUBCHAPTER V
TRUSTEE'S FINAL REPORT AND ACCOUNT

Marc E. Albert MD Ch 11 SC V , chapter SUB CH V TRUSTEE trustee appointed under 11 U.S.C. § 1183(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1183(b)(1).  The trustee declares under penalty of perjury as follows:

  1) The case was filed on 03/23/2021.

  2) The trustee was appointed on 03/26/2021.

  3) The plan was confirmed on NA.

  4) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1193(b) on NA.

  5) The trustee filed action to remedy default by the reorganized debtor in performance under the plan on NA.

  6) The case was dismissed on 04/01/2022.

  7) Number of months from filing or conversion to last payment: 12.

  8) Number of months case was pending: 12.

  9) Total value of assets abandoned by court order: NA

  10) Total value of assets exempted: $0.00.

  11) Amount of unsecured claims discharged without full payment $0.00 .

12) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 51,875.84 | |
| Less amount refunded to debtor | $ NA | |
| **NET RECEIPTS:** | | $ 51,875.84 |

| Expenses of Administration: | |
|---|---|
| Debtor Professional Fees | $ 30,738.00 |
| Trustee Professional Fees | $ 3,431.89 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 17,705.95 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $ 51,875.84 |

Creditors:

| Creditor Name | Debt Type | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ade Adenariwo | U | 0.00 | NA | NA | 0.00 | 0.00 |
| AFCO Premium Insurance Finance | U | 28,513.79 | NA | NA | 0.00 | 0.00 |
| All Pro Installed Bldg Product | U | 24,280.00 | NA | NA | 0.00 | 0.00 |
| Applied Civil Engineering | U | 4,260.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | U | 160,433.22 | NA | NA | 0.00 | 0.00 |
| Better Termite & Pest Control | U | 2,166.00 | NA | NA | 0.00 | 0.00 |

| Creditor Name | Debt Type | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BK Electric LLC | U | 37,572.76 | NA | NA | 0.00 | 0.00 |
| Boynton & Boynton | U | 1,020.00 | NA | NA | 0.00 | 0.00 |
| Britney Bennett | U | 0.00 | NA | NA | 0.00 | 0.00 |
| Burgess Lighting | U | 7,496.85 | NA | NA | 0.00 | 0.00 |
| Capitol Document Solutions | U | 1,011.68 | NA | NA | 0.00 | 0.00 |
| Charles P. Johnson & Assoc Inc | U | 4,820.00 | NA | NA | 0.00 | 0.00 |

| Creditor Name | Debt Type | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ciera Johnson | U | 0.00 | NA | NA | 0.00 | 0.00 |
| Comcast | U | 486.84 | NA | NA | 0.00 | 0.00 |
| Creative Touch Interiors | U | 15,752.00 | NA | NA | 0.00 | 0.00 |
| D.N.F. Incorporated | U | 32,815.00 | NA | NA | 0.00 | 0.00 |
| Darvish Interiors Inc. | U | 225.00 | NA | NA | 0.00 | 0.00 |
| Davina Callahan | U | 0.00 | NA | NA | 0.00 | 0.00 |
| DC Water and Sewer Authority | U | 278.82 | NA | NA | 0.00 | 0.00 |
| Denine Edmonds | U | 0.00 | NA | NA | 0.00 | 0.00 |
| Dito Decorators Inc. | U | 1,184.00 | NA | NA | 0.00 | 0.00 |
| Donte M. Lee | P | 75,000.00 | NA | NA | 0.00 | 0.00 |
| Donte M. Lee | U | 146,179.64 | NA | NA | 0.00 | 0.00 |
| Drywall Systems, Inc. | U | 35,000.00 | NA | NA | 0.00 | 0.00 |
| Drywall Systems, Inc. | U | 31,259.34 | NA | NA | 0.00 | 0.00 |

| Creditor | Code | Amount Claimed | | | | |
|---|---|---:|---|---|---:|---:|
| Dulles Geotechnical & Material | U | 2,125.00 | NA | NA | 0.00 | 0.00 |
| Dunns Floor Covering Inc. | U | 36,330.00 | NA | NA | 0.00 | 0.00 |
| E. L. Kellogg Corp | U | 4,491.25 | NA | NA | 0.00 | 0.00 |
| East Coast Poured Floors Inc. | U | 5,700.00 | NA | NA | 0.00 | 0.00 |
| Epoxy of Virginia Inc. | U | 450.00 | NA | NA | 0.00 | 0.00 |
| Exterra Construction, LLC | U | 36,095.00 | NA | NA | 0.00 | 0.00 |
| Falcon Heating & Air Condition | U | 7,326.08 | NA | NA | 0.00 | 0.00 |
| Ferguson Enterprises, Inc. | U | 437.35 | NA | NA | 0.00 | 0.00 |
| Finley Asphalt & Sealing Inc | U | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Flood Solutions Inc. | U | 219.00 | NA | NA | 0.00 | 0.00 |
| Frager's Hardware | U | 22.88 | NA | NA | 0.00 | 0.00 |
| Green Landscaping Inc. | U | 61,785.75 | NA | NA | 0.00 | 0.00 |
| GTB Enterprise Inc. | U | 19,850.00 | NA | NA | 0.00 | 0.00 |
| Independent Excavating & Land | U | 11,910.42 | NA | NA | 0.00 | 0.00 |
| Interior Logic Group | U | 650.00 | NA | NA | 0.00 | 0.00 |
| Jaztina Somerville | U | 0.00 | NA | NA | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jeranco Roofing & Exteriors | U | 7,009.00 | NA | NA | 0.00 | 0.00 |
| Jerry Vines | P | 75,000.00 | NA | NA | 0.00 | 0.00 |
| JP Roll Off Service Inc. | U | 9,381.63 | NA | NA | 0.00 | 0.00 |
| JSC Concrete Construction Inc | U | 81,633.08 | NA | NA | 0.00 | 0.00 |
| JVA House Cleaner LLC | U | 4,950.00 | NA | NA | 0.00 | 0.00 |
| K&M Contracting Inc. | U | 6,491.00 | NA | NA | 0.00 | 0.00 |
| Kelly Cove Inc. | U | 9,968.00 | NA | NA | 0.00 | 0.00 |
| LBC Construction | U | 43,000.00 | NA | NA | 0.00 | 0.00 |
| LBC Construction | U | 1,400.00 | NA | NA | 0.00 | 0.00 |
| Livingston Fire Protection | U | 5,676.19 | NA | NA | 0.00 | 0.00 |
| Livingston Fire Protection | U | 16,000.00 | NA | NA | 0.00 | 0.00 |
| Maddox Engineers & Surveyors | U | 777.50 | NA | NA | 0.00 | 0.00 |
| Mainstreet Mailboxes & More In | U | 4,821.70 | NA | NA | 0.00 | 0.00 |
| Masonry Design Inc. | U | 36,862.00 | NA | NA | 0.00 | 0.00 |
| Mobile Mini, Inc. | U | 178.17 | NA | NA | 0.00 | 0.00 |
| Muller Erosion Control | U | 750.00 | NA | NA | 0.00 | 0.00 |
| Paga & Wuil Engineering Consul | U | 465.00 | NA | NA | 0.00 | 0.00 |
| PEPCO | U | 333.77 | NA | NA | 0.00 | 0.00 |
| Polytech Inc. | U | 85.00 | NA | NA | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Potomac Concrete Co Inc. | U | 42,119.00 | NA | NA | 0.00 | 0.00 |
| Powerwash DMV LLC | U | 4,300.00 | NA | NA | 0.00 | 0.00 |
| Prince William Garage Doors | U | 4,590.00 | NA | NA | 0.00 | 0.00 |
| Robin McKinney | U | 0.00 | NA | NA | 0.00 | 0.00 |
| Sandy Excavating Inc. | U | 3,034.34 | NA | NA | 0.00 | 0.00 |
| Savin Engineers, P.C. | U | 3,250.00 | NA | NA | 0.00 | 0.00 |
| Select Construction Co., Inc. | U | 5,675.23 | NA | NA | 0.00 | 0.00 |
| Signature Companies- Stair & Ra | U | 1,563.97 | NA | NA | 0.00 | 0.00 |
| SMI Services LLC | U | 13,020.00 | NA | NA | 0.00 | 0.00 |
| Source One Business Services L | U | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Stevens Maintenance Inc. | U | 1,395.00 | NA | NA | 0.00 | 0.00 |
| T&A Contractors Inc. | U | 69,638.00 | NA | NA | 0.00 | 0.00 |
| Theresa Brooks | U | 0.00 | NA | NA | 0.00 | 0.00 |
| Timeline Plumbing | U | 25,436.00 | NA | NA | 0.00 | 0.00 |
| Timeline Plumbing | U | 34,852.00 | NA | NA | 0.00 | 0.00 |
| United Site Services of MD Inc | U | 10,314.83 | NA | NA | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Virginia Marble & Granite Inc. | U | 12,354.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | S | NA | 20,037.45 | 20,037.45 | 0.00 | 0.00 |
| Internal Revenue Service | P | NA | | | 0.00 | 0.00 |
| Action Fabricators & Erectors, Inc. | U | 9,500.00 | 15,865.00 | 15,865.00 | 0.00 | 0.00 |
| Afco Credit Corporation | U | NA | 6,700.99 | 6,700.99 | 0.00 | 0.00 |
| American International Exports | U | 23,449.52 | 23,846.75 | 23,846.75 | 0.00 | 0.00 |
| American Residential Services, Llc | U | 2,288.80 | 1,103.72 | 1,103.72 | 0.00 | 0.00 |
| Atlantic Specialty Insurance Company | U | 285,288.00 | 549,937.71 | 549,937.71 | 0.00 | 0.00 |
| B. K. Electric | U | 19,604.00 | 47,234.61 | 47,234.61 | 0.00 | 0.00 |
| Building Performance Solutions, Llc | U | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| Canal Square Associates | U | 4,050.00 | 4,102.00 | 4,102.00 | 0.00 | 0.00 |
| Canal Square Associates | U | NA | 24,300.00 | 24,300.00 | 0.00 | 0.00 |
| Carter Lumber | U | 160,428.58 | 131,996.19 | 131,996.19 | 0.00 | 0.00 |
| Chang"s General Construction Inc. | U | 70,000.00 | 55,584.10 | 55,584.10 | 0.00 | 0.00 |
| Conner Eastern Excavating Co. Llc | U | 1,800.00 | 4,400.00 | 4,400.00 | 0.00 | 0.00 |

| Creditor | | | | | | |
|---|---|---|---|---|---|---|
| Construction Support Services, Llc | U | 2,300.00 | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
| De Lage Landen Financial Services, Inc. | U | 24,577.48 | 24,653.70 | 24,653.70 | 0.00 | 0.00 |
| Doug Construction Llc | U | 5,160.00 | 8,256.00 | 8,256.00 | 0.00 | 0.00 |
| Falcon Heating & Air Condition | U | 20,000.00 | 31,268.90 | 31,268.90 | 0.00 | 0.00 |
| Isi Design And Installation Solutions, Inc. | U | NA | 14,345.00 | 14,345.00 | 0.00 | 0.00 |
| King Carpentry, Inc. | U | 47,329.25 | 47,329.25 | 47,329.25 | 0.00 | 0.00 |
| Kt Enterprises, Inc. | U | 36,345.91 | 36,345.91 | 36,345.91 | 0.00 | 0.00 |
| Ladonna May, Ade Adenariwo, Britney Bennett, | U | 0.00 | 5,000,000.00 | 5,000,000.00 | 0.00 | 0.00 |
| Long Fence Company, Inc. | U | 734.80 | 13,788.11 | 13,788.11 | 0.00 | 0.00 |
| Mep Partners Llc | U | 101,660.00 | 102,731.00 | 102,731.00 | 0.00 | 0.00 |
| Moment Engineering & Design | U | 2,500.00 | 2,475.00 | 2,475.00 | 0.00 | 0.00 |
| Mulford Construction Co Inc. | U | 30,860.77 | 30,860.76 | 30,860.76 | 0.00 | 0.00 |
| River East At Grandview Condominium | U | NA | 6,900,000.00 | 6,900,000.00 | 0.00 | 0.00 |
| Rivereast At Anacostia, Llc | U | NA | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S&J Service Inc. | U | 20,887.51 | 28,674.99 | 28,674.99 | 0.00 | 0.00 |
| Staples Business Advantage | U | NA | 3,147.98 | 3,147.98 | 0.00 | 0.00 |
| Temp-Power, Inc. | U | 5,341.86 | 4,315.74 | 4,315.74 | 0.00 | 0.00 |
| Thompson Hammerman Davis Llp | U | 594.00 | 7,282.50 | 7,282.50 | 0.00 | 0.00 |
| Ultra Siding Contractors Llc | U | 41,323.70 | 39,901.20 | 39,901.20 | 0.00 | 0.00 |
| Wr Sewage And Excavation, Inc. | U | 28,276.70 | 28,276.70 | 28,276.70 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claims Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **SECURED PAYMENTS:** | 20,037.45 | 0.00 | 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 0.00 | 0.00 | 0.00 |
| Domestic Support Ongoing | 0.00 | 0.00 | 0.00 |
| All Other Priority | 15,062.05 | 0.00 | 0.00 |
| **TOTAL PRIORITY:** | 15,062.05 | 0.00 | 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | 13,193,723.81 | 0.00 | 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 51,875.84 |
| Disbursements to Creditors | $ | 0.00 |
| **TOTAL DISBURSEMENTS:** | $ | 51,875.84 |

13) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 04/01/2022   By: /s/Marc E. Albert MD Ch 11 SC V
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.